IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| **JEANNE PEREZ-DENISON,** | ) | No. 3:10-CV-00903-HU |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER ADOPTING** |
| | ) | **FINDINGS & RECOMMENDATION** |
| **KAISER FOUNDATION HEALTH** | ) | |
| **PLAN OF THE NORTHWEST,** an | ) | |
| Oregon Corporation, and **DAVID G.** | ) | |
| **FISHER**, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**SIMON, District Judge.**

On January 27, 2012, Magistrate Judge Dennis J. Hubel filed Findings and

Recommendation (Dkt. 122) in this case. Judge Hubel recommended granting in part and

denying in part both the motion for summary judgment filed by Defendant Kaiser Foundation

Health Plan of the Northwest (Dkt. 47) and the motion for summary judgment filed by Defendant

David G. Fisher (Dkt. 48). The matter is now before me pursuant to the Magistrates Act, 28

U.S.C. § 636(b)(1)(B), and Rule 72(b) of the Federal Rules of Civil Procedure. Under the

Magistrates Act, the court may "accept, reject or modify, in whole or in part, the findings or

recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a

magistrate's findings and recommendations, "the court shall make a *de novo* determination of

those portions of the report or specified proposed findings or recommendations to which

objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th

Cir. 2009). *De novo* review means that the court "considers the matter anew, as if no decision

had been rendered." *Dawson*, 561 F.3d at 933.

Plaintiff and Defendants each filed timely objections to portions of Judge Hubel's

Findings and Recommendation and responses to each other's objections. The parties have also

presented oral argument on their objections and responses. After *de novo* review, I ADOPT

Judge Hubel's Findings and Recommendation (Dkt. 122) for the reasons stated therein.

Accordingly, Defendants' motions for summary judgment (Dkts. 47 and 48) are granted in part

and denied in part for the reasons stated by Judge Hubel in his Findings and Recommendation

(Dkt. 122).

Dated this 9th day of April, 2012.

   /s/ Michael H. Simon
   Michael H. Simon
   United States District Judge